**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **DIECE-LISA INDUSTRIES, INC.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **Case No. 2:12-CV-00400-MHS** |
| **DISNEY STORE USA, LLC; and DISNEY SHOPPING, INC.** | § § § § | |
| Defendants. | § | |
| | | |
| **DIECE-LISA INDUSTRIES, INC.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | **Case No. 2:14-CV-00070-MHS** |
| **DISNEY ENTERPRISES, INC., and DISNEY CONSUMER PRODUCTS, INC.,** | § § § § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF'S EXPEDITED MOTION TO CONSOLIDATE RELATED CASESPURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a)(2) AND LOCAL RULE CV-42(b)**

Plaintiff Diece-Lisa Industries, Inc. has filed Plaintiff's Expedited Motion to Consolidate Related Cases Pursuant to Federal Rule of Civil Procedure 42(a)(2) and Local Rule CV-42(b). Having considered the Motion, the opposition thereto, and the governing law, the Court finds the Motion to be well-taken and it should be, and is hereby **ORDERED GRANTED**. The related actions pending in this Court, *Diece-Lisa Industries, Inc. v. Disney Store USA, LLC; and Disney Shopping, Inc.*, Case No. 2:12-CV-00400-MHS, and *Diece-Lisa Industries, Inc. v. Disney Enterprises, Inc., and Disney Consumer Products, Inc.*, Case No. 2:14-CV-00070-MHS, shall forthwith be consolidated for all matters at issue in these actions.

Case No. 2:12-cv-400 is the lead case, and the parties are ORDERED to meet and confer within 7 days to determine what modifications, if any, need to be made to the schedule currently in place.  If the parties are not able to reach an agreement, the parties should notify the Court no later than 10 days after the date of this order that a scheduling conference will be necessary.

**SIGNED this 18th day of July, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE